# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BARBARA BAYS, et al.,

    Plaintiffs,

v.                                            Case No. 15-10534

MONTMORENCY, COUNTY of, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

On June 20, 2018, Plaintiff presented—and the court accepted—a proposed order approving a wrongful death settlement, payment of attorney fees and costs, and authority to distribute net wrongful death proceeds. The settlement, as discussed and approved on the record, resolves this case. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED pursuant to the terms of the parties' settlement agreement as stated and approved on the record.

                                         s/Robert H. Cleland
                                         ROBERT H. CLELAND
                                         UNITED STATES DISTRICT JUDGE

Dated: June 21, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 21, 2018, by electronic and/or ordinary mail.

                                         s/Lisa Wagner
                                         Case Manager and Deputy Clerk
                                         (810) 929-6522

S:\Cleland\KNP\Civil\15-10534.BAYS.suspend.deadlines.KNP.docx